J. Russell Stedman (117130)
rstedman@bargerwolen.com
Peter J. Felsenfeld (260433)
pfelsenfeld@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:   (415) 434-2800
Facsimile:    (415) 434-2533

Attorneys for Defendant
MUTUAL OF OMAHA
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SANDRA C. MCCOLGAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>  Defendants. | **CASE NO.: 2:13-CV-02417-JAM-DAD**<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR EARLY MEETING OF COUNSEL AND FILING OF JOINT CMC STATEMENT**<br><br>Complaint Filed:  September 6, 2013 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER CONTINUING EMC AND CMC STATEMENT DEADLINE
CASE NO.  2:13-CV-02417-JAM-DAD

Plaintiff Sandra D. McColgan ("Plaintiff") and Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") (collectively "the Parties"), through their counsel of record, stipulate as follows:

## RECITALS

1. Mutual of Omaha removed this action from state court to this Court on November 20, 2013. Pursuant to Judge Mendez's Initial Scheduling Order, the Parties must complete their early meeting of counsel ("EMC") and submit a joint CMC Statement within 60 days of removal, which is January 17, 2014.

2. On November 26, 2013, Mutual of Omaha filed a Motion to Dismiss pursuant to FRCP 12(b)(6). The hearing on that motion is scheduled for January 22, 2014.

3. Mutual of Omaha prefers that the Motion to Dismiss hearing to take place before the EMC and submission of a CMC Statement to allow for a ruling on the Motion since, if granted, no EMC or CMC Statement will be necessary. Plaintiff is agreeable to the continuance because her lead trial counsel, Dugan Barr, is about to commence a lengthy trial in Alameda County and thus requires an extension as well.

4. This is the Parties' first request for an extension of the foregoing deadline. The extension will not affect any other scheduled deadlines. The Parties do not anticipate the need for further continuances.

## STIPULATION

The Parties hereby stipulate that the deadline to complete their EMC and submit a joint CMC Statement is extended from January 17, 2014 to February 27, 2014. The six-week extension is necessary to accommodate the trial schedule of Plaintiff's counsel.

//

//

//

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING EMC AND CMC STATEMENT DEADLINE
CASE NO. 2:13-CV-02417-JAM-DAD

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  SO STIPULATED:

2  Dated: January 09, 2014                    BARGER & WOLEN LLP

3

4                                             By:  /s/ J. Russell Stedman
                                                  J. RUSSELL STEDMAN
                                                  PETER J. FELSENFELD
5                                                 Attorney for Defendant
                                                  MUTUAL OF OMAHA INSURANCE
6                                                 COMPANY

7
   Dated: January 09, 2014                    BARR & MUDFORD, LLP
8

9

10                                            By:  /s/ John Douglass Barr
                                                  JOHN DOUGLASS BARR
                                                  TROY DOUGLAS MUDFORD
11                                                DAVID LEE CASE
                                                  ESTEE LEWIS
12                                                Attorneys for Plaintiff, SANDRA
                                                  MCCOLGAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -3-
   STIPULATION AND [PROPOSED] ORDER CONTINUING EMC AND CMC STATEMENT DEADLINE
                          CASE NO.  2:13-CV-02417-JAM-DAD

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

**ORDER**

The Parties, by and through their counsel of record, have stipulated that the deadline to complete their early meeting of counsel and submit a joint CMC Statement be extended from January 17, 2014 to February 27, 2014.

Satisfactory proof having been shown and good cause appearing,

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED:  1/10/2014

/s/ John A. Mendez_____   _____

U. S. DISTRICT COURT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-
STIPULATION AND [PROPOSED] ORDER CONTINUING EMC AND CMC STATEMENT DEADLINE
CASE NO.  2:13-CV-02417-JAM-DAD